CRIMINAL DOCKET U.S. District Court

PO ☐ | 0647 | 01 | Assigned 4709
Misd. ☐ | | | Disp /Sentence
Felony ☒ | District | Off | Judge/Magistr.

WRIT
JUVENILE
ALIAS
OFFENSE ON INDEX CARD

U.S. vs GAINES, JAMES BILL

Case Filed: 10 6 92

Docket No.: 1:92CR00326 Def. 01

1:92CR0326

No. of Def's 01 U.S. MAG CASE NO 1:92MG00050

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2113 (a)(d) | Armed Bank Robbery (cts. 1-5) | 5 |
| 18:2113 (a)(d) & :924 (c)(1) | Armed Bank Robbery & Use of firearm in relation to crime of violence (ct 6) | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE: KEY DATE 6/19/92 EARLIEST OF: arrest; sum'ns; custody; X appears - on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL): KEY DATE 10/6/92 APPLICABLE; Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony W/waiver; KEY DATE; a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO: KEY DATE 1-11-93 APPLICABLE; Dismissal; X Pled guilty; X After N.G.; Nolo; After nolo; Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1-11-93 | 1-13-93 | | on S.T. grounds ☐ W.P. ☐ WOP; on def motion; on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | 6/19/92 | DSP/47AC |
| COMPLAINT | | 6/19/92 | DSP/47AC |

INITIAL APPEARANCE DATE ▶ 6/23/92 — INITIAL/NO. DSP/47AC

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ 6/29/92 — DSP/47AC; Date Held ▶

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest: 6/23/92

OFFENSE (In Complaint): T18:2113(a)(d) Armed bank robbery

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U. S. Attorney or Asst.

David Sierleja 363-3947

Defense: 1 ☐ CJA 2 ☐ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☒ FPD 7 ☐ CD

Debra Migdal
Skylight Office Tower
1660 West Second Street, #750
Cleveland, OH 44113

216/522-4856 x

DEFT:
James B. Gaines
1072 Seventh Ave.,
Akron, Ohio

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; AMOUNT SET $; PSA; Conditions; Date Set; 10% Dep.; Surety Bnd; ☐ Bail Not Made; Collateral; Date Bond Made; 3rd Prty; Other

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; AMOUNT SET $; PSA; Conditions; Date Set; 10% Dep.; Surety Bnd; ☐ Bail Not Made; Collateral; Date Bond Made; 3rd Prty; Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS

X Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1:92CR00326

MASTER DOCKET - MULTIPLE DEFENDANT CASE
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT PAGE ___ OF ___

GAINES, JAMES BILL

| DATE | DOCUMENT NO | V. PROCEEDINGS | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 6/19/92 | 1 | CR. COMPLAINT w/affvdt. Perelman, MJ, Paul Messner, SA/FBI warrant issued 1 1p gw | | | |
| 6/23/92 | 2 | MINUTES of procdgs. Perelman, MJ , Lorraine Johnson ecr (1st appearance; dft orally moved for appt of counsel, Debra Migdal, FPD appointed; govt orally moved for pt detention, hrg on mot & prel hrg set for 6/29/3:30 p.m.) 1p gw | | | |
| 6/23/92 | 3 | ORDER of temporary detention pending hrg. Perelman, MJ Issd 1p gw | | | |
| 6/26/92 | 4 | RETURN on warrant. Deft arrested 6/23/92 1p gw | | | |
| 6/29/92 | 5 | MINUTES of proceedings. Perelman, MJ. MaryAnn Sobe, ECR; Prelim hrg held & concluded; probable cause estab, deft bound over to Grand Jury; PT det hrg held & concluded; deft ordered held in PT detention. 1p. ch | | | |
| 6/30/92 | 6 | ORDER of detention. Perelman, MJ. Issd 7/1/92. 2p. ch | | | |
| 7/20/92 | 7 | WAIVER of right to speedy trial executed by deft. | | | |
| 9/2/92 | 8 | MOTION of deft for authorization of contact visit. | | | |
| 9/2/92 | 9 | ORDER authorizing contact visit. Perelman, Mag. J. | | | |
| 9/22/92 | 10 | INFORMATION (4p) tjm | | | |
| 9/23/92 | 11 | NOTICE of ARR: set for 10/5/92 at 9:30 a.m. before Mag. Judge Streepy. iss 9/23/92 (1p) jr | | | |
| 10/5/92 | 12 | MINUTES of procdgs, Streepy, MJ, r-none (1p) rs Set for 9:30 ARR: the Crt was notified by the USM that Mr. Gaines suffered a heart attack over the weekend and is now in the hospital | | | |
| 10/6/92 | 13 | MINUTES of procdgs, Streepy, MJ, Johnson, ECRO (1p) rs Dft ARR. P/NG ent on cts 1 thru 6. Referred for pre-sent report prior to P/G. Bond Committed. Waiver of indictment approved. Issd 10/6/92 | 10-6-92 / 1-11-93 | H | 99 |
| 10/6/92 | 14 | WAIVER of indictment. Streepy, MJ, Issd 10/6/92 EOD 10/7/92 (1p) rs | | | |
| 10/6/92 | 15 | PRETRIAL order. Battisiti, J. Issd 10/6/92 EOD 10/7/92 (2pgs) rs | | | |
| 12/14/92 | 16 | NOTICE of sch PT: 1/8/10:30 a.m., Rm 300 Issd (1p) gw | | | |
| 1/8/93 | 17 | MINUTES of procdgs. Battisti, J. r - ? PT did not go forward, PT is reset for monday 1/11/93 @ 10:30 a.m. (1p) tjm | | | |
| 1/11/93 | 18 | MINUTES of procdgs. Battisti, J. Staiduhar, r (2p) sln : P/NG w/drawn, P/G ent to Cts 1 thur 6. SENTENCE: Committed to the custody of BOP for a per of 96 mos on Cts 1 thur 5 together. 5 yrs supv released. COMMITTED to the custody of A/G on Count 6 for per of 5 yrs, consecutive to Cts 1 thur 5 followed by 3 yrs supv release. The Ct recommends FCI at Rochester, MN and that the Bureau moves him as soon as possible. Spec Asses $50.00 on Cts 1 thru 6 total $300.00. | | | |
| 1/13/93 | 19 | JUDGMENT & Commitment Order under the Sentencing Reform Act. Battisti, J. Issd 1/13/93 EOD:1/19/93 (4p)sln | | | |
| 1/11/93 | 20 | * PLEA agreement. Battisti, J. Issd 1/13/93 EOD:1/19/93 (5p)sln | | | |
| 4/13/93 | 21 | MOTION of gov for confiscation and disposal of firearms. c/m 4/13/93 (4p) sln | | | |
| 9/10/93 | 22 | (21) MARGINAL ENTRY ORDER granting USA's motion for confiscation & disposal of firearms. Battisti, J. issd 9/13/93 bal | | | |

CONTINUED TO PAGE ___